JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JAY GAVALDON,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT A. HOREL, Warden,<br><br>Respondent. | Case No. SACV 07-750-R (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1     IT IS ADJUDGED that Judgment be entered: (1) approving and adopting
2 this Report and Recommendation; (2) directing that Judgment be entered denying
3 the Petition and dismissing this action with prejudice.

6 DATED: Jan. 13, 2009

                             HONORABLE MANUEL L. REAL
                             United States District Judge

9 Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge